CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Amanda Seabock, Esq., SBN 289900
Dennis Price, SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br>    Plaintiff,<br><br>v.<br><br>1331 W. WASHINGTON PARTNERS, a California Limited Partnership; BERNARD PERLOFF; VELVET, LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>    Defendants. | **Case No**. 2:20-CV-02243-MWF-AS<br><br>**Plaintiff's Request for Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD: Plaintiff hereby requests that the Court dismiss the remaining claims with prejudice as to all parties. Plaintiff further requests that the Court retain jurisdiction over the matter per Kokkonen v. Guardian Life Ins. (93-263), 511 U.S. 375 (1994) to ensure that the terms of the settlement are fulfilled.

Dated: August 5, 2020                    CENTER FOR DISABILITY ACCESS

                                         By:   /s/ Amanda Seabock
                                               Amanda Seabock
                                               Attorney for Plaintiff