JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>1331 W. WASHINGTON PARTNERS, a California Limited Partnership; BERNARD PERLOFF; VELVET, LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>　　　　　Defendants. | **Case No**. 2:20-CV-02243-MWF-AS<br><br>**ORDER OF DISMISSAL** |

　　The Court hereby dismisses the remaining claims <u>with prejudice</u> as to all Parties. The Court retains jurisdiction over any settlement agreement into which the parties have entered before the entry of this Order, pursuant to *Kokkonen v. Guardian Life Ins.*, 511 U.S. 375 (1994).

　　**IT IS SO ORDERED.**

Dated: August 6, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　　United States District Judge